UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA NUNN, et al,

    Plaintiffs,                                    Hon. John Corbett O'Meara

vs.                                              Case No. 96-CV-71416-DT

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al,

    Defendants.
_____/

## STIPULATION AND ORDER OF DISMISSAL

On Feb 19, 2003, the parties to this action filed a stipulation for partial dismissal pursuant to a previous settlement agreement. The dismissal reserved a portion of the case on the Court's inactive docket pending further resolution;

Defendants, by their signature to this stipulation this date, attest to the assignment of only female officers to housing units in all facilities covered by the settlement agreement, resolving compliance with this outstanding matter;

The parties therefore stipulate to the dismissal of this case pursuant to the terms of the settlement agreement. Nothing in this dismissal shall prevent Plaintiffs from pursuing those Defendants who are in default through judgment and collection.

    SO ORDERED.

Date: April 25, 2007                                              s/John Corbett O'Meara
                                                                   United States District Judge

Stipulated as to form:

**/s/Deborah LaBelle**
DEBORAH LaBELLE (P31595)
Attorney for Plaintiffs

**/s/Leo H. Friedman w/verbal permission**
LEO H. FRIEDMAN (P26319)
Attorney for Defendants